# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE: JENNIFER DAWN DUMESTRE ) | CHAPTER 13 |
| ) | |
| ) | CASE NO. 18-62821-sms |

---

| | |
|---|---|
| STAR PRESTON HILLS LLC, D/B/A ) | |
| PRESTON HILLS AT MILL CREEK APARTMENTS ) | |
| ) | |
|     Movant, ) | |
| vs. ) | |
| ) | |
| JENNIFER DAWN DUMESTRE ) | |
| ) | **CONTESTED MATTER** |
|     Debtors, ) | |
| vs. ) | |
| ) | |
| MARY IDA TOWNSON, ) | |
| ) | |
|     Chapter 13 Trustee. ) | |

## NOTICE OF HEARING

**NOTICE IS HEREBY GIVEN** that on September 17, 2018, Star Preston Hills, LLC, d/b/a Preston Hills at Mill Creek Apartments has filed a Motion for Relief from Automatic Stay with the court seeking an order granting relief from the automatic stay in the above-styled case. **A hearing on the Motion will be held on the 16th day of October 2018, at 2:00 p.m., in Courtroom 1201, United States Courthouse, 75 Ted Turner Drive, S. W., Atlanta, Georgia.**

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you

file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is Clerk, U.S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

In the event a hearing cannot be held within thirty (30) days from the date of filing of the Motion for Relief from the Automatic Stay as required by 11 USC Section 362, Movant by and through counsel waives the requirement for holding a preliminary hearing within thirty (30) days of filing the motion and agrees to a hearing on the earliest possible date. Movant consents to the automatic stay remaining in effect until the Court orders otherwise..

At Atlanta, Georgia, this 17th day of September 2018.


ORDER PRESENTED BY:

**/s/ David R. Passino**
David R. Passino
State Bar No. 565848
11180 State Bridge Road, Suite 301
Alpharetta, GA  30022
770-783-2219

### IN THE UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| **IN RE: JENNIFER DAWN DUMESTRE** ) | **CHAPTER 13** |
| ) | |
| ) | **CASE NO. 18-62821-sms** |

---

| | |
|---|---|
| **STAR PRESTON HILLS LLC, D/B/A** ) | |
| **PRESTON HILLS AT MILL CREEK APARTMENTS** ) | |
| ) | |
| Movant, ) | |
| vs. ) | |
| ) | |
| **JENNIFER DAWN DUMESTRE** ) | |
| ) | **CONTESTED MATTER** |
| Debtors, ) | |
| vs. ) | |
| ) | |
| **MARY IDA TOWNSON,** ) | |
| ) | |
| Chapter 13 Trustee. ) | |

### MOTION FOR RELIEF FROM AUTOMATIC STAY

**COMES NOW** Star Preston Hills, LLC, d/b/a Preston Hills at Mill Creek Apartments by and through counsel, and hereby moves the Court as follows:

1.

This Court has jurisdiction over this contested matter pursuant to 28 USC §1471 and 11 USC §362 and 363.

2.

The Debtor filed a petition under Chapter 13 of the Bankruptcy Code on August 3, 2018.

3.

Movant is the lessor of the premises where the Debtor resides located at 2910 Buford Drive, NE, Apartment 1501, Buford, GA 30519.

4.

Debtor leased the premises from Movant under a written lease agreement for a term commencing May 23, 2018 and ending May 17, 2019. Debtor's monthly rent is $1239.00 which is due on the 1st day of each month and late after the 3rd day of the month at which time a $123.90 late fee is due as additional rent.

5.

The Debtor owes pre-petition rent for the months of July and August in the amount of 2725.80 and post-petition for the month of September in the amount of $1362.90.

6.

Movant filed a dispossessory action against Debtor but the case was stayed due to the filing of this bankruptcy petition.

7.

Debtor has a mere possessory interest in the property as Debtor has failed to cure pre-petition or post-petition rent arrearages and this default gives Movant cause to assert that Debtor has failed to provide adequate assurance of future performance as required. Additionally, Debtor failed to assume the lease agreement within 60 days as required by 11 USC 365.

8.

By reason of the foregoing, continuation of the automatic stay of 11 USC 362(a) will work real and irreparable harm to Movant.

9.

Debtor is still in possession of the premises, and Movant is not adequately protected as required under 11 USC 1322(b)(7). Therefore Debtor is required pursuant to 11 USC Section 365(b)(4) to return possession to the lessor.

**WHEREFORE,** Petitioner prays for:

1. An Order terminating the automatic stay and authorize Movant to proceed with eviction proceedings in State Court;

2. A waiver of Bankruptcy Rule 4001(a)(3);

3. Reasonable attorney's fees; and/or

4. Such other and further relief as is just and proper.

This 17th day of September 2018.

**/s/ David R. Passino**
David R. Passino
Attorney for Movant
State Bar No. 565848

11180 State Bridge Road, Suite 301
Alpharetta, GA  30022
770-783-2219

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| **IN RE: JENNIFER DAWN DUMESTRE** | ) | **CHAPTER 13** |
| | ) | |
| | ) | **CASE NO. 18-62821-sms** |
| ---------------------------------------------------------------------------------------------------------------- | | |
| **STAR PRESTON HILLS LLC, D/B/A** | ) | |
| **PRESTON HILLS AT MILL CREEK APARTMENTS** | ) | |
| | ) | |
| Movant, | ) | |
| vs. | ) | |
| | ) | |
| **JENNIFER DAWN DUMESTRE** | ) | |
| | ) | **CONTESTED MATTER** |
| Debtors, | ) | |
| vs. | ) | |
| | ) | |
| **MARY IDA TOWNSON,** | ) | |
| | ) | |
| Chapter 13 Trustee. | ) | |

**CERTIFICATE OF SERVICE**

I, DAVID R. PASSINO, of 11180 State Bridge Road, Suite 301, Alpharetta, GA 30022 certify:

That I am at all times hereinafter mentioned was, more than 18 years of age:

That on September 17, 2018 I served a copy of the within NOTICE OF HEARING together with the MOTION FOR RELIEF FROM STAY filed in this bankruptcy matter on:


Mary Ida Townson
Chapter 13 Trustee
Suite 2200
191 Peachtree Street, NE
Atlanta, GA  30303-1740

Jennifer Dawn Dumestre
2910 Buford Drive, NE
Apartment 1501
Buford, GA  30519

Darrell L. Burrow
Burrow & Associates
Building A, Suite 100
Satellite Boulevard,
Duluth, GA  30097

  the respondents in this bankruptcy matter by U.S. First Class Mail to said respondents at

the above addresses.

  I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE

AND CORRECT.


Executed on: September 17, 2018    **/s/ David R. Passino**
                  David R. Passino
                  State Bar No. 565848


11180 State Bridge Road, Suite 301
Alpharetta, GA  30022
770-783-2219