**IT IS ORDERED as set forth below:**

**Date: October 26, 2018**

_____

**Sage M. Sigler
U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: JENNIFER DAWN DUMESTRE | ) | CHAPTER 13 |
| | ) | |
| | ) | CASE NO. 18-62821-sms |
| STAR PRESTON HILLS LLC, D/B/A PRESTON HILLS AT MILL CREEK APARTMENTS | ) ) ) | |
| Movant, | ) | |
| vs. | ) ) | |
| JENNIFER DAWN DUMESTRE | ) ) | **CONTESTED MATTER** |
| Debtors, | ) | |
| vs. | ) ) | |
| MARY IDA TOWNSON, | ) ) | |
| Chapter 13 Trustee. | ) | |

**ORDER**

Movant Star Preston Hills, LLC, d/b/a Preston Hills at Mill Creek Apartments filed a filed a Motion for Relief from Automatic Stay on September 17, 2018 (Document No. 15)

("Motion") regarding rental property located at 2910 Buford Drive, NE, Apartment 1501, Buford, GA 30519 ("The Premises").  The Motion was set for hearing on October 16, 2018 at which time the Debtor appeared but had no opposition to said Motion.  The Court having considered the Motion and entire record, it is hereby,

**IT IS ORDERED** that the Motion is **GRANTED:**  the automatic stay of 11 U.S.C. § 362 is modified to allow Movant to pursue all available state law remedies to recover possession of the Premises, including prosecuting any pending dispossessory action or filing a new dispossessory action in the appropriate state court forum.

**IT IS FURTHER ORDERED** that Movants request for a waiver of Bankruptcy Rule 4001(a)(3) is **DENIED**.

**END OF DOCUMENT**

(Signatures on Next Page)

**ORDER PRESENTED BY:**

/s/ **David R. Passino**
David R. Passino
Attorney for Movant
State Bar No. 565848
11180 State Bridge Road, Suite 301
Alpharetta, GA  30022
770-783-2219

**NO OPPOSITION BY:**

**/s/ K. Edward Safir**   (Signed by David R. Passino with express permission)
K. Edward Safir
Chapter 13 Trustee's Office
State Bar No. 622149
Suite 2200
191 Peachtree Street, NE
Atlanta, GA  30303-1740

**DISTRIBUTION LIST**

Mary Ida Townson
Chapter 13 Trustee
Suite 2200
191 Peachtree Street, NE
Atlanta, GA  30303-1740

Jennifer Dawn Dumestre
2910 Buford Drive, NE
Apartment 1501
Buford, GA  30519

Darrell L. Burrow
Burrow & Associates
Building A, Suite 100
2280 Satellite Boulevard,
Duluth, GA  30097

David R. Passino
11180 State Bridge Road
Suite 301
Alpharetta, GA  30022